IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RUBEN O. FAVELA

    Plaintiff,

v.                                                                                                     No. 17-cv-0568 JB-SMV

LAS CRUCES POLICE DEPARTMENT,
MATTHEW DOLLAR, MANUEL SOTO,
PHC-LAS CRUCES, INC., DANIELLE WILHELM,
JAMES PROCTOR, JAMIE PITTS,
JOSE REVELES, CASSANDRIA BRANCH,
and JOHN DOES 1–2,

    Defendants.[1]

## ORDER SETTING IN-PERSON RULE 16 SCHEDULING CONFERENCE

**Location:**     Picacho Courtroom

**Date and time:**     October 31, 2018, at 9:30 a.m.

**Matter to be heard:** In-Person Rule 16 Scheduling Conference

**IT IS ORDERED** that an in-person Rule 16 Scheduling Conference is set for **October 31, 2018, at 9:30 a.m.** in the Picacho Courtroom in the United States Courthouse at 100 North Church Street, Las Cruces, New Mexico.

**IT IS FURTHER ORDERED** that the parties file an updated Joint Status Report and Provisional Discovery Plan ("JSR") no later than **October 17, 2018**.

**IT IS SO ORDERED.**

                                                                                       **STEPHAN M. VIDMAR**
                                                                                       **United States Magistrate Judge**

---

[1] Defendant Las Cruces Police Department was voluntarily dismissed from the case pursuant to Fed. R. Civ. P. 41(a) on May 30, 2017. [Doc. 3]. The Court granted summary judgment in favor of Defendants Matthew Dollar and Manuel Soto and dismissed them on September 21, 2018. [Doc. 47].