IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 6 2019

MITCHELL R. ELFERS
CLERK

RUBEN O. FAVELA,

    Plaintiff,

v.

No. CV 17-00568 JB/SMV

PHC-LAS CRUCES, INC., a New Mexico Corporation,
dba MEMORIAL MEDICAL CENTER, Danielle Wilhelm, M.D.,
Martin Boyd, M.D., James Proctor, R.N., Jamie Pitts, R.N.,
Jose Reveles, R.N., Cassandria Branch, R.N., and John Doe
Security Guards 1 and 2,

    Defendants.

## STIPULATED ORDER ON SECOND JOINT MOTION TO VACATE SCHEDULING ORDER AND ENTER NEW SCHEDULING ORDER

THIS MATTER CAME BEFORE THE COURT on the parties' Second Joint Motion To Vacate Scheduling Order And Enter New Scheduling Order filed on July 31, 2019. The Court reviewed and considered the same, and FINDS that there is good cause to grant it.

IT IS THEREFORE THE ORDER OF THE COURT that the Scheduling Order filed on April 18, 2019, shall be and is hereby vacated, and that the Court adopts and sets the parties following management deadlines:

| | | |
|---|---|---|
| A. | Termination of discovery: | September 9, 2019 |
| B. | Motions related to discovery filed by: | September 16, 2019 |
| C. | Pretrial motions other than discovery motions filed by: | September 16, 2019 |
| D. | Proposed Pretrial Order due from Plaintiff to Defendant by: | October 10, 2019 |
| E. | Proposed Pretrial Order due from Defendant to Court by: | October 30, 2019 |

Pretrial Conference:      November 4, 2019 @ 8:30 a.m.

Jury Selection/Trial: November 12, 2019 @ 9:00 a.m.

_____
United States District Judge

Submitted and Approved by:

*/s/ Jose R. Coronado*
_____

JOSE R. CORONADO
NM State Bar No. 2847
MORROW
Attorney for Plaintiff Ruben O. Favela
125 W. Griggs Avenue
Suite C
Las Cruces, NM 88001
(575) 525-2517 – Tel.
(575) 525-2518 – Fax
    katy.morrow@kempsmith.com
jose@coronadolawlc.com

Approved by:

*/s/ Kathryn Brack Morrow*

J. SCOTT MANN
KATHRYN BRACK

Kemp Smith, LLP
3800 E. Lohman Avenue,

Las Cruces, NM 88011
(575) 527-0023